Terrance L. JAMES–BEY, Appellant

v.

UNITED STATES of America, et al., Appellees.

No. 14–5177.

United States Court of Appeals, District of Columbia Circuit.

March 6, 2015.

Terrance L. James–Bey, Windsor, NC, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

Before: GRIFFITH and KAVANAUGH, Circuit Judges; GINSBURG, Senior Circuit Judge.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed June 30, 2014, be affirmed. The district court properly dismissed appellant's complaint and civil action as frivolous. *See generally Neitzke v. Williams,* 490 U.S. 319, 327, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.

*See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.